03/30/05   WED 15:18  FAX                                                                              ☒002

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Michael F. Dundon                          CHAPTER 7
    Debtor                             CASE NO. 04-41946-JBR

Bay State Savings Bank                     Adv. Pro. No. 04-4458
    Plaintiff
v.
Michael F. Dundon
    Defendant

## Agreement for Judgment

Now come the parties, by and through their respective counsel, and Stipulate and Agree as follows:

1.  Judgment shall enter in favor of the Plaintiff Bay State Savings Bank and against Defendant Michael F. Dundon in the amount of $25,000.00, plus interest at the Federal rate ("Judgment Amount"), and that the said sum is non-dischargeable pursuant to 11 U.S.C. §523(a)(2)(A) and 11 U.S.C.§523(a)(14).

2.  The Defendant may satisfy his obligation under this Agreement for Judgment by payment of $3,500.00 (the "Settlement Amount") payable as follows: $1,000.00 on or before April 1, 2005, $1,250.00 on or before May 1, 2005, and $1,250.00 on or before June 1, 2005.

3.  All payments shall be submitted in the form of money order or certified check.

4.  Defendant shall submit his payments, made payable to Bay State Savings Bank, to ATTN: Commercial Loans, Bay State Savings Bank, 28-32 Franklin Street, Worcester, MA 01608.

5.  Defendant must advise the Plaintiff in writing of any change of address until this Judgment has been satisfied. Defendant's current mailing address is: 8004 Gallery Way, McKinney, Texas 75070-8400.

6.  If Defendant shall fall ten (10) days or more in arrears with respect to the Settlement Amount payment schedule set forth above, then Plaintiff shall be entitled to record and execute on the Judgment entered by the Bankruptcy Court (less any payments made to date by the Defendant), and may also add attorney's fees and costs incurred by Plaintiff from and after any such default in the pursuit and enforcement of its rights hereunder.

7.  By his signature below, the Defendant declares that this agreement represents a fully informed and voluntary agreement by the Defendant and does not impose any undue hardship on the Defendant or dependent of the Defendant.

Wherefore, the parties pray this Honorable Court for an Order approving the instant Agreement for Judgment.

Respectfully submitted,

03/30/05  WED 15:19 FAX  ☒003

Bay State Savings Bank
by its attorney,

_____
Philip M. Stone, Esq.  BBO # 544139
44 Front Street
Worcester, MA  01608
Tel. (508) 755-7354
Fax. (508) 752-3730

Dated: ___3/30/2005___

Michael F. Dundon

_____
Michael F. Dundon
8004 Gallery Way
McKinney, TX  75070-8400

Dated: _____
Michael F. Dundon
by his attorney,

_____
David M. Nickless, Esq., BBO# 371920
Janice G. Marsh, Esq., BBO# 638575
Nora K. McLaughlin, Esq., BBO# 647241
Nickless & Phillips, P.C.
495 Main Street      625
Fitchburg, MA 01420
Tel. 978.342.4590

Dated: ___3-30-05___