## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

IN RE: Michael F. Dundon                          CASE NO: 04-41946

                                                  CHAPTER: 7

                        DEBTOR

---

Bay State Savings Bank
                   PLAINTIFF
                                                  ADVERSARY PROCEEDING

            VS
Michael F. Dundon
                                                  NO. 04-4458
                        DEFENDANT

---

## WRIT OF EXECUTION

TO THE MARSHAL OF THE DISTRICT OF MASSACHUSETTS, OR ANY OF HIS DEPUTIES, OR ANY OTHER SPECIALLY APPOINTED PROCESS SERVER:

WHEREAS PLAINTIFF **Bay State Savings Bank** recovered Judgment on May 12, 2005 against **DEFENDANT, Michael F. Dundon** in the amount of **$25,000.00 and $500.00 in Attorneys' Fees**, debt or damage, as to us appears of record, and whereas execution remains to be done on this Judgment;

**WE COMMAND YOU,** therefore, that of the goods and chattels or lands of said **DEFENDANT Michael F. Dundon,** you cause to be paid and satisfied unto the said **PLAINTIFF Bay State Savings Bank,** at the value thereof, in money, the aforesaid sums, being **$25,000.00 and $500.00 in Attorneys' Fees** in the whole, with interest of 3.33% thereon from said day of the rendition of said Judgment; and thereof also to satisfy yourself for your own fees.

**HEREOF FAIL NOT,** and make return of this writ, with your doings thereon into the Clerk's Office of our said Court, at Boston within the District of Massachusetts, within twenty (20) years after the date of said Judgment, or within ten (10) days after this writ has been satisfied or discharged.

BY THE CLERK,
JAMES M. LYNCH
DATE: 8/17/05                          BY: Joanne M. Ryan

                                       DEPUTY CLERK

K 91